FILED

APR 1 6 2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

1    **United States v. Cambridge International Systems, Inc.,**

2    **Case No.** 24-cr-00759-TWR

3    **FORFEITURE ADDENDUM**

4    Defendant's conviction will include forfeiture. This forfeiture addendum is

5    incorporated into and part of Defendant's plea agreement, and the additional terms and

6    warnings below apply.

7    A.    <u>Penalty</u>.

8    In addition to the penalties in the plea agreement, federal law states that the Defendant

9    must forfeit to the United States any property, real and personal, which constitutes or is

10    derived from proceeds traceable to the violation to which it is pleading guilty, to wit,

11    conspiracy to commit bribery of a public official.

12    B.    <u>Property Subject to Forfeiture.</u>    In addition to pleading guilty to the

13    Information, as set forth in Section I of the main agreement, Defendant consents to the

14    forfeiture allegations of the Information and agrees to forfeit, via entry of a money judgment

15    against Defendant, the amount of $ 1,672,102.23, which shall be included in the judgment

16    in this case. Defendant recognizes and agrees the United States will record the judgment

17    against it when Defendant is sentenced, regardless of Defendant making payment on the

18    judgment.

19    Defendant agrees to make monthly payments on the judgment starting no later than

20    April 30, 2024, which initial payment shall be in an amount not less than $50,000. Monthly

21    payments shall continue for the 60 month period thereafter. Payments shall first be applied

22    to accrued interest, and thereafter to principal which shall accrue at the federal judgment

23    interest rate. Defendant may at any time, pay the full amount of the judgment. Attached

24    hereto is Defendant's projected payment schedule. It is a condition of default of the plea

25    agreement for Defendant to fail to timely pay the judgment, entitling the United States to

26    take all actions available to it.

27    C.    <u>Bases of Forfeiture</u>. Defendant acknowledges that the forfeiture in the amount

28    of $ 1,672,102.23 against it represents the moneys it received from the offense and is subject



1  to forfeiture to the United States as proceeds of illegal conduct in violation of Title 18,

2  United States Code, Sections 201 and 371, and subject to forfeiture to the United States

3  pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

4      D.    Immediate Entry of an Order of Forfeiture.  Defendant consents and agrees to

5  the immediate entry of an order of forfeiture upon entry of the guilty plea. Defendant further

6  agrees that upon entry of the order of forfeiture, such order will be considered final as to

7  defendant.  Defendant agrees to immediately withdraw any claims to property directly or

8  indirectly related to the criminal conduct seized in connection with this case in any pending

9  administrative and civil forfeiture proceeding, and consents to the forfeiture of all properties

10 seized in connection with this case to the United States. Defendant agrees to execute any

11 and all documents requested by the Government to facilitate or complete the forfeiture

12 process.  Defendant further agrees not to contest or to assist any other person or entity in

13 contesting the forfeiture of the property seized in connection with this case.  Contesting or

14 assisting others in contesting the forfeiture shall constitute a material breach of the plea

15 agreement, relieving the Government of all its obligations under the agreement including

16 but not limited to its agreement to recommend an adjustment for Affirmative Acceptance.

17 Defendant further agrees that the forfeiture judgment imposed by the Court will be (i)

18 subject to immediate enforcement, and (ii) submitted to the Treasury Offset Program so that

19 any federal payment or transfer of returned property the Defendant receives may be offset

20 and applied to the outstanding balance on the forfeiture judgement.  Defendant waives all

21 notices with respect to the Treasury Offset Program and waives all rights to contest any and

22 all offsets. Defendant waives all demand for payment of the forfeiture judgment and waives

23 all notices for substitution of property to collect the full amount of the judgment.

24      E.    Entry of Orders of Forfeiture and Waiver of Notice.  Defendant consents and

25 agrees to the entry of orders of forfeiture for such property and waives the requirements of

26 Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the

27 charging instrument, announcement of the forfeiture at sentencing, and incorporation of the

28 forfeiture in the judgment.  Defendant acknowledges that Defendant understands that the

2                    Def. Initials

1  forfeiture of assets is part of the sentence that may be imposed in this case and waives any
2  failure by the Court to advise Defendant of this, pursuant to Rule 11(b)(1)(J), at the time the
3  Court accepts the guilty plea.

4          F.    Waiver of Constitutional and Statutory Challenges.  Defendant further agrees
5  to waive all constitutional and statutory challenges in any manner (including direct appeal,
6  habeas corpus, or any other means) to any forfeiture carried out in accordance with this
7  agreement on any grounds, including that the forfeiture constitutes an excessive fine or
8  punishment.  Defendant agrees to take all steps as requested by the United States to pass
9  clear title to forfeitable assets to the United States, and to testify truthfully in any judicial
10  forfeiture proceeding.

11          G.    Agreement Survives Defendant; No Forfeiture Abatement.  Defendant agrees
12  that the forfeiture provisions of this plea agreement are intended to, and will, survive
13  Defendant, notwithstanding the abatement of any underlying criminal conviction after the
14  execution of this agreement.  The forfeitability of any particular property pursuant to this
15  agreement shall be determined as if Defendant had survived, and that determination shall
16  be binding upon Defendant's heirs, successors and assigns until the agreed forfeiture,
17  including any agreed money judgment amount, is collected in full.

18          H.    Substitute Assets/Collection of Forfeiture.  Defendant acknowledges and
19  agrees that the forfeiture in this case includes entry of a personal money judgment against
20  Defendant, and that interest shall accrue on the judgment from the date of entry of the Order
21  of Forfeiture in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961.  Defendant
22  agrees that the United States may take all actions available to it to collect the full amount of
23  the judgment, including enforcement of the judgment against substitute assets as provided
24  in 21 U.S.C. § 853(p) and actions available under the Federal Debt Collections Procedure
25  Act if Defendant fails to make timely payment of the judgment as agreed between the
26  parties.  Defendant further agrees that the judgment may be executed against property
27  wherever it is held and it waives all rights to contest the enforcement of the judgment.
28  Defendant consents to the entry of the forfeiture judgment into the Treasury Offset Program

Def. Initials

1  and waives all notices of the Treasury Offset Program and all notices of offset.

2          Defendant understands that the main plea agreement and this addendum embody the

3  entire plea agreement between the parties and supersedes any other plea agreement, written

4  or oral.

5

6  __3|27|24__
   DATED

7                                      Chris Sentimore
                                       President
8                                      Cambridge International Systems, Inc.
                                       Defendant

9

10

11

12  **Acknowledgement by Counsel:**

13  __3|28|2024__
    Date

14                                     Claire Rauscher
                                       Sarah Motley Stone
15                                     Defense Counsel

16

17  3/28/24
    Date                               Michelle L. Wasserman
18                                     Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28

                            4            Def. Initials

| Principle | $1,672,102.23 | April (60) | May (59) | June (58) | July (57) | August (56) 2024 | September (55) |
|---|---|---|---|---|---|---|---|
| | | $1,644,233.86 | $1,616,365.49 | $1,588,497.12 | $1,560,628.75 | $1,532,760.38 | $1,504,892.01 |
| Principle Payment | | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 |
| Interest Payment | | 6,802.53 | 6,912.60 | 6,575.78 | 6,678.27 | 6,561.11 | 6,235.66 |
| Interest Rate | | 4.94% | 4.94% | 4.94% | 4.94% | 4.94% | 4.94% |
| 1 Std. Dev above rate | | 5.25% | 5.25% | 5.25% | 5.25% | 5.25% | 5.25% |
| 1 Std. Dev Below rate | | 4.63% | 4.63% | 4.63% | 4.63% | 4.63% | 4.63% |
| 1 Std. Dev above I Payment | | 7,226.67 | 7,343.63 | 6,985.78 | 7,094.69 | 6,970.22 | 6,624.45 |
| 1 Std. Dev Below I Payment | | 6,378.50 | 6,481.68 | 6,165.89 | 6,261.96 | 6,152.10 | 5,846.96 |
| **Total Payment** | | **34,670.90** | **34,780.97** | **34,444.15** | **34,546.64** | **34,429.48** | **34,104.03** |
| High | | 35,095.04 | 35,212.00 | 34,854.15 | 34,963.06 | 34,838.59 | 34,492.82 |
| Low | | 34,246.87 | 34,350.05 | 34,034.26 | 34,130.33 | 34,020.47 | 33,715.33 |

|  | October (54) | November (53) | December (52) | Total | January (51) | February (50) | March (49) | April (48) | May (47) |
|---|---|---|---|---|---|---|---|---|---|
|  | $1,477,023.64 | $1,449,155.27 | $1,421,286.90 | $1,421,286.90 | $1,393,418.53 | $1,365,550.15 | $1,337,681.78 | $1,309,813.41 | $1,281,945.04 |
|  | 27,868.37 | 27,868.37 | 27,868.37 | 250,815.33 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 |
|  | 6,326.78 | 6,008.90 | 6,092.46 | 58,194.10 | 4,535.98 | 4,016.06 | 4,358.10 | 4,131.23 | 4,180.22 |
|  | 4.94% | 4.94% | 4.94% |  | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% |
|  | 5.25% | 5.25% | 5.25% |  | 4.06% | 4.06% | 4.06% | 4.06% | 4.06% |
|  | 4.63% | 4.63% | 4.63% |  | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% |
|  | 6,721.29 | 6,383.56 | 6,472.35 | 61,822.63 | 4,908.20 | 4,345.56 | 4,715.72 | 4,470.22 | 4,523.24 |
|  | 5,932.38 | 5,634.34 | 5,712.67 | 54,566.48 | 4,163.85 | 3,686.63 | 4,000.56 | 3,792.32 | 3,837.28 |
|  | 34,195.16 | 33,877.28 | 33,960.83 | 309,009.44 | 32,404.35 | 31,884.43 | 32,226.47 | 31,999.60 | 32,048.59 |
|  | 34,589.66 | 34,251.93 | 34,340.72 | 312,637.96 | 32,776.57 | 32,213.93 | 32,584.09 | 32,338.59 | 32,391.61 |
|  | 33,800.75 | 33,502.71 | 33,581.04 | 305,381.81 | 32,032.22 | 31,555.00 | 31,868.93 | 31,660.69 | 31,705.65 |

| | June | July (2025) | August | September | October | November | December | Total | January |
|---|---|---|---|---|---|---|---|---|---|
| | $1,254,076.67 | $1,226,208.30 | $1,198,339.93 | $1,170,471.56 | $1,142,603.19 | $1,114,734.82 | $1,086,866.45 | $1,086,866.45 | $1,058,998.08 |
| | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 334,420.45 | 27,868.37 |
| | 3,959.10 | 4,002.33 | 3,913.39 | 3,700.89 | 3,735.51 | 3,528.76 | 3,557.63 | 47,619.20 | 2,820.72 |
| | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | 3.75% | | 3.05% |
| | 4.06% | 4.06% | 4.06% | 4.06% | 4.06% | 4.06% | 4.06% | | 3.36% |
| | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | 3.44% | | 2.74% |
| | 4,283.96 | 4,330.76 | 4,234.53 | 4,004.57 | 4,042.05 | 3,818.31 | 3,849.57 | 51,526.69 | 3,105.19 |
| | 3,634.31 | 3,673.99 | 3,592.34 | 3,397.29 | 3,429.06 | 3,239.28 | 3,265.77 | 43,712.68 | 2,536.31 |
| | 31,827.47 | 31,870.71 | 31,781.76 | 31,569.26 | 31,603.88 | 31,397.13 | 31,426.00 | 382,039.65 | 30,689.09 |
| | 32,152.33 | 32,199.13 | 32,102.90 | 31,872.94 | 31,910.42 | 31,686.68 | 31,717.94 | 385,947.13 | 30,973.56 |
| | 31,502.68 | 31,542.36 | 31,460.71 | 31,265.66 | 31,297.43 | 31,107.65 | 31,134.14 | 378,133.13 | 30,404.68 |

|  | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|
|  | February | March | April | May | June | July 2026 | August | September | October | November |
|  | $1,031,129.71 | $1,003,261.34 | $975,392.97 | $947,524.60 | $919,656.23 | $891,787.86 | $863,919.49 | $836,051.12 | $808,182.74 | $780,314.37 |
|  | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 |
|  | 2,482.11 | 2,676.06 | 2,519.64 | 2,531.41 | 2,379.66 | 2,386.76 | 2,314.43 | 2,169.69 | 2,169.78 | 2,029.71 |
|  | 3.05% | 3.05% | 3.05% | 3.05% | 3.05% | 3.05% | 3.05% | 3.05% | 3.05% | 3.05% |
|  | 3.36% | 3.36% | 3.36% | 3.36% | 3.36% | 3.36% | 3.36% | 3.36% | 3.36% | 3.36% |
|  | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% |
|  | 2,732.40 | 2,945.95 | 2,773.74 | 2,786.71 | 2,619.64 | 2,627.47 | 2,547.85 | 2,388.50 | 2,388.61 | 2,234.40 |
|  | 2,231.87 | 2,406.25 | 2,265.60 | 2,276.18 | 2,139.74 | 2,146.11 | 2,081.08 | 1,950.94 | 1,951.01 | 1,825.07 |
|  | 30,350.48 | 30,544.43 | 30,388.01 | 30,399.78 | 30,248.03 | 30,255.13 | 30,182.80 | 30,038.06 | 30,038.15 | 29,898.08 |
|  | 30,600.77 | 30,814.32 | 30,642.11 | 30,655.08 | 30,488.01 | 30,495.84 | 30,416.22 | 30,256.87 | 30,256.98 | 30,102.77 |
|  | 30,100.24 | 30,274.62 | 30,133.97 | 30,144.55 | 30,008.11 | 30,014.48 | 29,949.45 | 29,819.31 | 29,819.38 | 29,693.44 |

| | December | Total | January | February | March | April | May | June | July **2027** | August |
|---|---|---|---|---|---|---|---|---|---|---|
| | $752,446.00 | $752,446.00 | $724,577.63 | $696,709.26 | $668,840.89 | $640,972.52 | $613,104.15 | $585,235.78 | $557,367.41 | $529,499.04 |
| | 27,868.37 | 334,420.45 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 |
| | 2,025.13 | 28,505.11 | 1,696.58 | 1,475.48 | 1,570.91 | 1,459.37 | 1,445.23 | 1,337.76 | 1,319.56 | 1,256.72 |
| | 3.05% | | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% |
| | 3.36% | | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% |
| | 2.74% | | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% |
| | 2,229.37 | 31,379.84 | 1,893.46 | 1,646.68 | 1,753.20 | 1,628.72 | 1,612.95 | 1,492.99 | 1,472.69 | 1,402.56 |
| | 1,820.94 | 25,631.09 | 1,499.75 | 1,304.31 | 1,388.66 | 1,290.06 | 1,277.56 | 1,182.56 | 1,166.47 | 1,110.92 |
| | 29,893.50 | 362,925.55 | 29,564.95 | 29,343.85 | 29,439.28 | 29,327.74 | 29,313.60 | 29,206.13 | 29,187.93 | 29,125.10 |
| | 30,097.74 | 365,800.28 | 29,761.83 | 29,515.05 | 29,621.57 | 29,497.09 | 29,481.32 | 29,361.36 | 29,341.06 | 29,270.93 |
| | 29,689.31 | 360,051.54 | 29,368.12 | 29,172.69 | 29,257.03 | 29,158.43 | 29,145.93 | 29,050.93 | 29,034.84 | 28,979.30 |

| | September | October | November | December | Total | January | February | March | April | May |
|---|---|---|---|---|---|---|---|---|---|---|
| | $501,630.67 | $473,762.30 | $445,893.93 | $418,025.56 | $418,025.56 | $390,157.19 | $362,288.82 | $334,420.45 | $306,552.08 | $278,683.71 |
| | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 334,420.45 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 |
| | 1,155.33 | 1,131.05 | 1,033.72 | 1,005.38 | 15,887.09 | 942.54 | 822.89 | 816.87 | 729.68 | 691.20 |
| | 2.65% | 2.65% | 2.65% | 2.65% | | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% |
| | 2.96% | 2.96% | 2.96% | 2.96% | | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% |
| | 2.34% | 2.34% | 2.34% | 2.34% | | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% |
| | 1,289.40 | 1,262.31 | 1,153.67 | 1,122.05 | 17,730.67 | 1,051.92 | 918.38 | 911.67 | 814.36 | 771.41 |
| | 1,021.30 | 999.83 | 913.80 | 888.74 | 14,043.97 | 833.19 | 727.43 | 722.10 | 645.03 | 611.01 |
| | 29,023.70 | 28,999.42 | 28,902.09 | 28,873.75 | 350,307.54 | 28,810.91 | 28,691.26 | 28,685.24 | 28,598.06 | 28,559.57 |
| | 29,157.77 | 29,130.68 | 29,022.04 | 28,990.42 | 352,151.11 | 28,920.29 | 28,786.75 | 28,780.04 | 28,682.73 | 28,639.78 |
| | 28,889.67 | 28,868.20 | 28,782.17 | 28,757.11 | 348,464.41 | 28,701.56 | 28,595.80 | 28,590.47 | 28,513.40 | 28,479.38 |

| | June | July | August | September | October | November | December | Total | January | February |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 2028 | | | | | | | | |
| | $250,815.33 | $222,946.96 | $195,078.59 | $167,210.22 | $139,341.85 | $111,473.48 | $83,605.11 | $83,605.11 | $55,736.74 | $27,868.37 |
| | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 27,868.37 | 334,420.45 | 27,868.37 | 27,868.37 |
| | 608.07 | 565.53 | 502.69 | 425.65 | 377.02 | 304.04 | 251.34 | 7,037.52 | 188.51 | 113.50 |
| | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% | 2.65% | | 2.65% | 2.65% |
| | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% | 2.96% | | 2.96% | 2.96% |
| | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% | 2.34% | | 2.34% | 2.34% |
| | 678.63 | 631.15 | 561.02 | 475.04 | 420.77 | 339.32 | 280.51 | 7,854.18 | 210.38 | 126.67 |
| | 537.53 | 499.92 | 444.37 | 376.27 | 333.28 | 268.76 | 222.18 | 6,221.07 | 166.64 | 100.33 |
| | 28,476.44 | 28,433.90 | 28,371.06 | 28,294.02 | 28,245.39 | 28,172.41 | 28,119.72 | 341,457.97 | 28,056.88 | 27,981.87 |
| | 28,547.00 | 28,499.52 | 28,429.40 | 28,343.41 | 28,289.14 | 28,207.69 | 28,148.88 | 342,274.62 | 28,078.75 | 27,995.04 |
| | 28,405.90 | 28,368.29 | 28,312.74 | 28,244.64 | 28,201.65 | 28,137.13 | 28,090.56 | 340,641.52 | 28,035.01 | 27,968.70 |

| | | | | | 2029 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | March | April | May | June | July | August | September | October | November | December |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 27,868.37 | - | - | - | - | - | - | - | - | - |
| | 62.84 | - | - | - | - | - | - | - | - | - |
| | 2.65% | 2.65% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% | 4.92% |
| | 2.96% | 2.96% | | | | | | | | |
| | 2.34% | 2.34% | | | | | | | | |
| | 70.13 | - | | | | | | | | |
| | 55.55 | - | | | | | | | | |
| | **27,931.21** | - | - | - | - | - | - | - | - | - |
| | 27,938.50 | | | | | | | | | |
| | 27,923.92 | | | | | | | | | |



| Total | Total |
|---|---|
| | $0.00 |
| 1,672,102.23 | 83,605.11 |
| 157,607.87 | 364.84 |
| | |
| 170,721.17 | 407.18 |
| 144,497.81 | 322.52 |
| | |
| 1,829,710.10 | 83,969.95 |
| 1,842,823.40 | 84,012.29 |
| 1,816,600.04 | 83,927.63 |